PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT



for

WESTERN DISTRICT OF TEXAS



## Report on Offender Under Supervision

Name of Offender:   Serene Adrianna Diaz                    Case Number:   DR-16-CR-01365(2)-AM

Name of Sentencing Judicial Officer:   Honorable Alia Moses, United States District Judge

Date of Original Sentence:   June 12, 2017

Original Offense:   Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence:   8 months imprisonment; 3 years supervised release; $1,000 fine and $100 special assessment

Type of Supervision:   Supervised Release        Date Supervision Commenced:   June 12, 2017

### PREVIOUS COURT ACTION

On July 25, 2017, a Probation Form 12B, Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, was submitted to the Court to impose inpatient substance abuse treatment due to the offender testing positive for amphetamines on June 20, 2017, and June 27, 2017. The Court approved the modification on August 7, 2017.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition:** The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision. |
| 2. | **Special Condition:** The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription. |
| 3. | **Mandatory Condition No. 2:** The defendant shall not unlawfully possess a controlled substance. |
| 4. | **Mandatory Condition No. 3:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant. |

Serene Adrianna Diaz
DR-16-CR-01365(2)-AM
October 30, 2017
Page 2

On August 15, 2017, a lab report provided to the probation officer revealed the offender submitted a urine specimen, on August 10, 2017, which tested positive for amphetamines. On August 22, 2017, Ms. Diaz signed an admit/deny form admitting to the use of her sister's prescription medication, specifically Adderall.

**U.S. Probation Officer Action:**

On June 12, 2017, Ms. Diaz commenced her three year term of supervised release in San Antonio, Texas. She has an extensive drug and mental health history and recently lapsed on un-prescribed medications. Due to her lapse, and as a corrective intervention, Ms. Diaz was referred to the inpatient substance abuse treatment program at Alpha Home; however, prior to her admittance into the program, she used her sister's prescription medication and tested positive for amphetamines.

Since entering the inpatient treatment program, on August 21, 2017, Ms. Diaz has not incurred any violations. Her counselor reported she was doing well and was recently selected as a Senior Peer, a resident who helps welcome other female offenders into treatment. She is closely working with her counselor and appears committed to living a drug free life. Ms. Diaz will be closely monitored to ensure she continues to display a willingness to successfully complete the inpatient treatment program and develop a relapse prevention plan.

It is respectfully recommended the Court take no action at this time to allow Ms. Diaz the opportunity to complete the inpatient treatment program. Upon completion, she will continue to participate in an outpatient treatment program until she is successfully discharged. Ms. Diaz has been advised that should she incur any other violations, the Court will be promptly notified.

Approved:

Respectfully submitted,

Jacqueline Duffner
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55328

Virginia Verdin
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55348
Date: October 30, 2017

cc:   Marc S. Martinez
      Assistant Deputy Chief U.S. Probation Officer

☑ Approved as submitted.

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

Serene Adrianna Diaz
DR-16-CR-01365(2)-AM
October 30, 2017
Page 3


_____
Honorable Alia Moses
U.S. District Judge

_____
11/3/17
Date